IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07PO3 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Todd W. Lancaster to withdraw as counsel for the defendant, Michael J. Lewis (Lewis)(Filing No. 11). Mr. Lancaster has accepted other employment and will no longer be in private practice. The motion to withdraw (Filing No. 11) is granted. Jim K. McGough is appointed as substitute counsel for the defendant. Mr. Lancaster shall forthwith provide Mr. McGough with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Lancaster which are material to Lewis's defense. Mr. Lancaster shall submit his CJA voucher to the office of the Federal Public Defender within forty-five days of this order. The clerk shall provide a copy of this order to the Federal Public Defender.

**IT IS SO ORDERED**.

DATED this 19th day of April, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge